

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00176-CR

Joe Anthony **LARA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1132
Jefferson Moore, Judge Presiding

# O R D E R

Before the Court is appellant's motion for suspension and recalculation of briefing deadlines. Appellant states the Clerk's Record is incomplete and requires supplementation before he is able to draft a meaningful brief. Appellant filed a designation of matters to be included in the Clerk's Record on October 9, 2015.

On September 23, 2015, this Court granted Appellant an extension of time to file his brief to October 26, 2015, although Appellant did not raise the issue of an incomplete record until October 9, 2015.

Appellant's motion is granted. The Supplemental Clerk's Record shall be filed on or before November 9, 2015. Appellant's brief shall be filed by December 9, 2015. Because Appellant has already been allowed an extension of time to file his brief, he shall ensure a complete Clerk's Record is filed by this date, and no further extensions of time to file the brief shall be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

Keith E. Hottle
Clerk of Court